No. 89–591. LEE *v.* BIDEN, UNITED STATES SENATOR, ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE KENNEDY took no part in the consideration or decision of this petition.

No. 89–5460. ROGERS *v.* TEXAS. Ct. Crim. App. Tex.;
No. 89–5534. MORALES *v.* CALIFORNIA. Sup. Ct. Cal.;
No. 89–5575. NOLTE *v.* OKLAHOMA. Ct. Crim. App. Okla.;
No. 89–5707. MENDYK *v.* FLORIDA. Sup. Ct. Fla.; and
No. 89–5798. BLANKS *v.* KEMP, WARDEN. Super. Ct. Ga., Butts County. Certiorari denied. Reported below: No. 89–5460, 774 S. W. 2d 247; No. 89–5534, 48 Cal. 3d 527, 770 P. 2d 244; No. 89–5707, 545 So. 2d 846.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 89–5765. FRANZ, INDIVIDUALLY AND AS NEXT FRIEND OF SIMMONS, ET AL. *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, ET AL. C. A. 8th Cir. Motion of the parties to consolidate this petition with No. 88–7146, *Whitmore, Individually and as Next Friend of Simmons* v. *Arkansas et al.* [certiorari granted, 492 U. S. 917], denied. Certiorari before judgment denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.